974

No. 878. PARKIN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 1154. HALDE v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA. Sup. Ct. Cal. Certiorari denied.

No. 1156. NEUMAN ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 1157. KAUFFMAN ET AL. v. DREYFUS FUND, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 1158. ABBETT, SOMMER & Co., INC., ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 1160. DEVAL AERODYNAMICS, INC., ET AL. v. EULO. C. A. 3d Cir. Certiorari denied.

No. 1161. GARNER ET AL. v. FIRST AMERICAN LIFE INSURANCE Co. C. A. 5th Cir. Certiorari denied.

No. 1167. HESTER ET AL. v. WYCHE. C. A. 5th Cir. Certiorari denied.

No. 1169. G. P. D., INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 1170. FARKAS v. TEXAS INSTRUMENTS, INC. C. A. 1st Cir. Certiorari denied.